# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　　Defendant. | 2:15-cv-01883-RFB-VCF<br>**ORDER** |

　　　　Before the court are Defendant Southwest Airlines Co.'s Individual Discovery Plan and Scheduling Order (#17) and Plaintiff's Proposed Discovery Plan and Scheduling Order (#18).

　　　　IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 p.m., December 16, 2015, in courtroom 3D.

　　　　DATED this 8th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE