# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>        Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.,<br><br>        Defendant. | 2:15-cv-01883-RFB-VCF<br>**ORDER** |

      Plaintiff has notified the court that he no longer requests to appear telephonically for the hearing scheduled for 2:00 p.m., December 16, 2015. He is in Las Vegas and will appear in person at the scheduled hearing.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff Basile's request to appear by telephone, as stated in his Emergency Supplemental Statement to Plaintiff's Joint Rule 26(f) Report (#21), is DENIED as MOOT.

      DATED this 14th day of December, 2015.

 

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE