# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES COMPANY,<br><br>　　　　　Defendant. | 2:15-cv-01883-RFB-VCF<br>**ORDER** |

　　Before the court are Plaintiff's Motions to Compel (#28 and 31).

　　IT IS HEREBY ORDERED that a hearing on Plaintiff's Motions to Compel (#28 and 31) is scheduled for 10:00 a.m., February 25, 2016, in courtroom 3D.

　　DATED this 15th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE