# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CONSTANTINO BASILE, | |
| Plaintiff, | 2:15-cv-01883-RFB-VCF |
| vs. | **ORDER** |
| SOUTHWEST AIRLINES CO., | |
| Defendant. | |

Before the court is Defendant Southwest Airlines Co.'s Motion to Compel Discovery and for Sanctions (#36).

IT IS HEREBY ORDERED that a hearing is scheduled for 10:00 a.m., February 25, 2016, in courtroom 3D.

DATED this 28th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE