# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>            Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.,<br><br>            Defendant. | 2:15-cv-01883-RFB-VCF<br><br>**ORDER** |

   Before the court are Defendant's Motion for Clarification (#42) and Motion to Deem Plaintiff a Vexatious Litigant (#45).

   Accordingly,

   IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Clarification (#42) and Motion to Deem Plaintiff a Vexatious Litigant (#45) is scheduled for 10:00 a.m., February 25, 2016, in courtroom 3D.

   IT IS FURTHER ORDERED that any opposition to Defendant's Motion for Clarification (#42) and Motion to Deem Plaintiff a Vexatious Litigant (#45) must be filed by February 24, 2016.

   DATED this 19th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE