# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CONSTANTINO BASILE,

    Plaintiff,

vs.

SOUTHWEST AIRLINES CO., *et al.*,

    Defendant.

2:15-cv-01883-RFB-VCF

**ORDER**

    Before the Court are Defendant Southwest Airlines Co.'s Motion to Deem Plaintiff a Vexatious Litigant (ECF NO. 45) and Motion for Discovery Sanctions (ECF No. 47).

    On July 12, 2016, the Court granted Defendant's Motion to Dismiss and Plaintiff's Complaint was dismissed without prejudice (ECF No. 52).

    Accordingly,

    IT IS HEREBY ORDERED that Defendant Southwest Airlines Co.'s Motion to Deem Plaintiff a Vexatious Litigant (ECF NO. 45) and Motion for Discovery Sanctions (ECF No. 47) are DENIED as MOOT without prejudice.

    DATED this 22nd day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE