**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CONSTANTINO BASILE,

        Plaintiff,

vs.

SOUTHWEST AIRLINES, *et al.*,

        Defendants.

2:15-cv-01883-RFB-VCF

**MINUTE ORDER**

    Before the Court is *Constantino Basile v. Southwest Airlines, et al.*, case number 2:15-cv-01883-RFB-VCF.

    IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, March 27, 2017 is VACATED.

    DATED this 13th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE